## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   **625-645 Wheeling Road, LLC**

Case No.

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---|---:|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
|   1. Gross Income For 12 Months Prior to Filing: | | $ **192,000.00** |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
|   2. Gross Monthly Income: | | $ **16,500.00** |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
|   3. Net Employee Payroll (Other Than Debtor) | $ **0.00** | |
|   4. Payroll Taxes | **0.00** | |
|   5. Unemployment Taxes | **0.00** | |
|   6. Worker's Compensation | **0.00** | |
|   7. Other Taxes | **0.00** | |
|   8. Inventory Purchases (Including raw materials) | **0.00** | |
|   9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** | |
|   10. Rent (Other than debtor's principal residence) | **0.00** | |
|   11. Utilities | **0.00** | |
|   12. Office Expenses and Supplies | **0.00** | |
|   13. Repairs and Maintenance | **0.00** | |
|   14. Vehicle Expenses | **0.00** | |
|   15. Travel and Entertainment | **0.00** | |
|   16. Equipment Rental and Leases | **0.00** | |
|   17. Legal/Accounting/Other Professional Fees | **0.00** | |
|   18. Insurance | **0.00** | |
|   19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** | |
| | | |
|   20. Payments to Be Made Directly By Debtor to Secured Creditors For | | |
|      Pre-Petition Business Debts (Specify): | | |
| | $ **0.00** | |
| | **0.00** | |
| | **0.00** | |
|   21. Other (Specify) | | |
|     **Principal interest taxes insurance on mortgage** | $ **11,000.00** | |
|     **receiver in charge of all funds since May 2010** | **0.00** | |
| | **0.00** | |
|   22. Total Monthly Expenses | | $ **11,000.00** |
| | | |
| PART D - ESTIMATED AVERAGE  NET MONTHLY INCOME: | | |
| | | |
|   23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ **5,500.00** |